UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MICHAEL JOSEPH,
     Plaintiff,

vs.

1515 SUNSET LLC
and 1515 SUNSET RESTAURANT, LLC
d/b/a FIOLA RISTORANTE & BAR,
     Defendants.

## COMPLAINT

Plaintiff, MICHAEL JOSEPH (hereinafter "Plaintiff"), by his undersigned counsel, hereby files this Complaint and sues Defendants 1515 SUNSET LLC  and 1515 SUNSET RESTAURANT, LLC d/b/a FIOLA RISTORANTE & BAR (hereinafter "Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq., (hereinafter the "A.D.A"), the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter the "ADAAG"), and the Florida Building Code.

## JURISDICTION

1.    This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181. *et seq*., based upon Defendants' violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

2.    Defendants' violations of Title III of the ADA exist at a place of public accommodation and at the property and business subject to this action which is located at 1500 San Ignacio Avenue, Coral Gables, FL 33146 ("Subject Property").

## PARTIES

3.    Plaintiff, MICHAEL JOSEPH, is a resident of Broward County, Florida and is *sui juris*. He is a qualified individual with disabilities under the ADA law. Due to an injury in 2003,

Plaintiff has been bound to ambulate in a wheelchair. Plaintiff has visited the Subject Property, which forms the basis of this lawsuit and plan to return to the property to avail himself of the goods and services offered to the public at the property, and to determine whether the property has been made ADA compliant. His access to the Subject Property and/or full and equal enjoyment of the goods, services, facilities, privileges, advantages, and/or accommodations offered therein was denied and/or limited because of these disabilities and will be denied and/or barriers to access and ADA violations which exist at the Subject Property, including but not limited, to those set forth in the Complaint.

4.      Independent of his personal desire to have access to this place of public accommodation free of illegal barriers to access Plaintiff is an advocate of the rights of similarly situated disabled persons and is a "tester" for the purpose of asserting his civil rights and monitoring, ensuring, and determining whether places of public accommodation are in compliance with the ADA. Independent of other subsequent visits, Plaintiff also intends to visit the Subject Property regularly to verify its compliance or non-compliance with the ADA, and its maintenance of the accessible features of the Subject Property. In this instance, Plaintiff, in Plaintiff's individual capacity and as a "tester", visited the Subject Property, encountered barriers to access at the Subject Property, engaged and tested those barriers, suffered legal harm and legal injury and will continue to suffer such harm and injury as a result of the illegal barriers to access and the violations of the ADA set forth herein. It is Plaintiff's belief that said violations will not be corrected without Court intervention, and thus Plaintiff will suffer legal harm and injury in the near future.

5.      Defendant, 1515 SUNSET LLC transacts business in the State of Florida and within this judicial district. Defendant is the owner and/or representative of the owner and/or

operator of the property, which is the subject of this action, located on or about 1500 San Ignacio Avenue, Coral Gables, FL 33146 ("Subject Property").

6.      Defendant, 1515 SUNSET RESTAURANT, LLC transacts business in the State of Florida and within this judicial district.  Defendant is the owner and/or operator of the restaurant known as FIOLA RISTORANTE & BAR, which is the subject of this action, located on or about 1500 San Ignacio Avenue, Coral Gables, FL 33146 ("Subject Property").

7.      The Subject Property is in an area frequently traveled by Plaintiff.

8.      The Defendants' Subject Property is a public accommodation and service establishment, and although required by law to do so, it is not in compliance with the ADA and ADAAG.

9.      In this instance, Plaintiff visited the Subject Property and encountered barriers to access at the Subject Property, and engaged barriers, suffered legal harm and injury, and will continue to suffer legal harm and injury as a result of the illegal barriers to access, and Defendants' ADA violations set forth herein.

10.      Plaintiff has suffered and continues to suffer direct and indirect injury as a result of the ADA violations that exist at the Subject Property and the actions or inactions described herein.

11.      All events giving rise to this lawsuit occurred in the State of Florida. Venue is proper in this Court as the Subject Property are located in the Southern District.

## FACTUAL ALLEGATIONS AND CLAIM

12.      Plaintiff has attempted to and has, to the extent possible, accessed the Subject Property, but could not do so because of his disabilities due to the physical barriers to access, dangerous conditions and ADA violations that exist at the Subject Property that restrict and/or

limit his access to the Subject Property and/or the goods, services, facilities, privileges, advantages and/or accommodations offered therein, including those barriers, conditions and ADA violations more specifically set forth in this Complaint.

13.     Plaintiff intends to visit the Subject Property again in the near future in order to utilize all of the goods, services, facilities, privileges, advantages, and/or accommodations commonly offered at the Subject Property, but will be unable to do so because of his disability due to the physical barriers to access, dangerous conditions and ADA violations that exist at the Subject Property that restrict and/or limit his access to the Subject Property and/or accommodations offered therein, including those barriers conditions and ADA violations more specifically set forth in this Complaint.

14.     Defendants have discriminated against Plaintiff and others with disabilities by denying access to, and full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations of the Subject Property, as prohibited by 42 U.S.C., § 12182, *et. seq*., and by failing to remove architectural barriers as required by 42 U.S.C., § 12182(b)(2)(A)(iv), and will continue to discriminate against Plaintiff and others with disabilities unless and until Defendants are compelled to remove all physical barriers that exist at the Subject Property, including those specifically set forth herein, and make the Subject Property accessible to and usable by persons with disabilities, including Plaintiff.

15.     Defendants have discriminated against Plaintiff by failing to comply with the above requirements. A specific, although not exclusive, list of unlawful physical barriers, dangerous conditions and ADA violations which preclude and/or limit Plaintiff's ability (because of his disability) to access the Subject Property and/or full and equal enjoyment of the goods,

services, facilities, privileges, advantages and/or accommodations of the Subject Property include:

**Accessible Routes:**
1. Accessible route to establishment not provided as required.
2. Accessible means of egress not provided as required.
3. Inaccessible main entrance.
4. Existing steps at travel path leading to main entrance act as a barrier to accessibility.
   ADAAG 206 Accessible Routes ADAAG 206.1 General.
   Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   ADAAG 206.2 Where Required.
   Accessible routes shall be provided where required by 206.2.
   ADAAG 206.2.1 Site Arrival Points.
   At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
   ADAAG 206.4 Entrances.
   Entrances shall be provided in accordance with 206.4.  Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
   ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.
   Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).
   ADAAG 402 Accessible Routes ADAAG 402.1 General.
   Accessible routes shall comply with 402.
   ADAAG 402.2 Components.
   Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
5. Non-compliant existing handrails at steps leading to main entrance.
6. Required handrail extensions not provided at existing handrails at steps leading to main entrance.
   ADAAG 505 Handrails
   ADAAG 505.10 Handrail Extensions.
   Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.
   ADAAG 505.10.2 Top Extension at Stairs.
   At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be

    continuous to the handrail of an adjacent stair flight.
    ADAAG 505.10.3 Bottom Extension at Stairs.
    At the bottom of a stair flight, handrails shall extend at the slope of the stair flight
    for a horizontal distance at least equal to one tread depth beyond the last riser
    nosing.  Extension shall return to
    a wall, guard, or the landing surface, or shall be continuous to the handrail of an
    adjacent stair flight.

7. Multiple possible entrances are inaccessible.
8. Existing steps at multiple travel paths leading to multiple entrances act as a barrier to accessibility.
    ADAAG 206 Accessible Routes ADAAG 206.1 General.
    Accessible routes shall be provided in accordance with 206 and shall comply with
    Chapter 4.
    ADAAG 206.2 Where Required.
    Accessible routes shall be provided where required by 206.2.
    ADAAG 206.2.1 Site Arrival Points.
    At least one accessible route shall be provided within the site from accessible
    parking spaces and accessible passenger loading zones; public streets and
    sidewalks; and public transportation stops to the accessible building or facility
    entrance they serve.
    ADAAG 206.4 Entrances.
    Entrances shall be provided in accordance with 206.4.  Entrance doors, doorways,
    and gates shall comply with 404 and shall be on an accessible route complying
    with 402.
    ADAAG 207 Accessible Means of Egress ADAAG 207.1 General.
    Means of egress shall comply with section 1003.2.13 of the International Building
    Code (2000 edition and 2001 Supplement) or section 1007 of the International
    Building Code (2003 edition) (incorporated by reference, "Referenced Standards"
    in Chapter 1).
    ADAAG 402 Accessible Routes ADAAG 402.1 General.
    Accessible routes shall comply with 402.
    ADAAG 402.2 Components.
    Accessible routes shall consist of one or more of the following components:
    walking surfaces with a running slope not steeper than 1:20, doorways, ramps,
    curb ramps excluding the flared sides, elevators, and platform lifts. All
    components of an accessible route shall comply with the applicable requirements
    of Chapter 4.
9. Non-compliant existing handrails at steps at multiple travel paths leading to multiple entrances.
10. Required handrail extensions not provided at existing handrails at steps at multiple travel paths leading to multiple entrances.
    ADAAG 505.10 Handrail Extensions.
    Handrail gripping surfaces shall extend beyond and in the same direction of stair
    flights and ramp runs in accordance with 505.10.
    ADAAG 505.10.2 Top Extension at Stairs.
    At the top of a stair flight, handrails shall extend horizontally above the landing
    for 12 inches (305 mm) minimum beginning directly above the first riser nosing.

Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

ADAAG 505.10.3 Bottom Extension at Stairs.

At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing.  Extension shall return to

a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

**Interior Area:**

11. Inaccessible interior bar.
12. Portion of interior bar required to be accessible not provided.
13. Non-compliant height of interior bar exceeds maximum height allowance.
14. Required minimum knee and toe clearance not provided at interior bar.

> ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
> Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
> ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
> Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
> Advisory 902.1 General.
> Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
> ADAAG 902.2 Clear Floor or Ground Space.
> A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
> ADAAG 902.3 Height.
> The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.
> ADAAG 306.3 Knee Clearance.
> ADAAG 306.3.3 Minimum Required Depth.
> Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
> ADAAG 306.3.5 Width.
> Knee clearance shall be 30 inches (760 mm) wide minimum.

15. Inaccessible barside dining tables located at interior bar area.
16. A minimum percentage of existing barside dining tables required to be accessible not provided at interior bar area.
17. Required minimum knee and toe clearance not provided at barside dining tables

located at interior bar area.

ADAAG 226 Dining Surfaces and Work Surfaces ADAAG 226.1 General.
Where dining surfaces are provided for the consumption of food or drink, at least
5 percent of the seating spaces and standing spaces at the dining surfaces shall
comply with 902.

ADAAG 902 Dining Surfaces and Work Surfaces ADAAG 902.1 General.
Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

ADAAG 902.2 Clear Floor or Ground Space.
A clear floor space complying with 305 positioned for a forward approach shall be
provided. Knee and toe clearance complying with 306 shall be provided.

ADAAG 306.2 Toe Clearance.

ADAAG 306.2.3 Minimum Required Depth.
Where toe clearance is required at an element as part of a clear floor space,  the
toe clearance shall extend 17 inches (430 mm) minimum under the element.

ADAAG 306.2.5 Width.
Toe clearance shall be 30 inches (760 mm) wide minimum.

ADAAG 306.3 Knee Clearance.

ADAAG 306.3.3 Minimum Required Depth.
Where knee clearance is required under an element as part of a clear floor space,
the knee clearance shall be 11 inches deep minimum at 9 inches above the ground,
and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or
ground.

ADAAG 306.3.5 Width.
Knee clearance shall be 30 inches (760 mm) wide minimum.

**Restrooms:**

18. Compliant signage identifying the men's restroom not provided as required.

ADAAG 216 Signs ADAAG 216.1 General.
Signs shall be provided in accordance with 216 and shall comply with 703.

ADAAG 216.2 Designations.
Interior and exterior signs identifying permanent rooms and spaces shall comply
with 703.1, 703.2, and 703.5.  Where pictograms are provided as designations of
permanent interior rooms and spaces, the pictograms shall comply with 703.6 and
shall have text descriptors complying with
703.2 and 703.5.

Advisory 216.2 Designations.
Section 216.2 applies to signs that provide designations, labels, or names for
interior rooms or spaces where the sign is not likely to change over time.
Examples include interior signs labeling restrooms, room and floor numbers or
letters, and room names.  Tactile text descriptors are required for pictograms that
are provided to label or identify a permanent room or space.
Pictograms that provide information about a room or space, such as "no
smoking," occupant logos, and the International Symbol of Accessibility, are not
required to have text descriptors.

ADAAG 703.1 General.
Signs shall comply with 703.  Where both visual and tactile characters are
required, either one sign with both visual and tactile characters, or two separate

signs, one with visual, and one with tactile characters, shall be provided.

ADAAG 703.4.1 Height Above Finish Floor or Ground.

Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest tactile character.

ADAAG 703.4.2 Location.

Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45 degree open position.

19. Non-compliant door swing of door of men's restroom.

20. Restroom door swings into the floor space of fixtures in men's restroom.

ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.

Toilet and bathing rooms shall comply with 603.

ADAAG 603.2.3 Door Swing.

Doors shall not swing into the clear floor space or clearance required for any fixture.

21. The first of two lavatories in men's restroom is inaccessible.

22. Non-compliant height of the first of two lavatories in men's restroom exceeds maximum height allowance.

ADAAG 606 Lavatories and Sinks.

ADAAG 606.1 General.

Lavatories and sinks shall comply with 606.

ADAAG 606.3 Height.

Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

23. Required minimum toe clearance not provided at the first of two lavatories in men's restroom.

ADAAG 606 Lavatories and Sinks.

ADAAG 606.2 Clear Floor Space.

A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.

ADAAG 306.2 Toe Clearance.

ADAAG 306.2.3 Minimum Required Depth.

Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

ADAAG 306.2.5 Width.

Toe clearance shall be 30 inches (760 mm) wide minimum.

24. Insulation of pipes and water lines under the first of two lavatories in men's restroom not provided as required.

> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.5 Exposed Pipes and Surfaces.
> Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

25. The second of two lavatories in men's restroom is inaccessible.

26. Non-compliant height of the second of two lavatories in men's restroom exceeds maximum height allowance.

> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.1 General.
> Lavatories and sinks shall comply with 606.
> ADAAG 606.3 Height.
> Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

27. Required minimum toe clearance not provided at the second of two lavatories in men's restroom.

> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.2 Clear Floor Space.
> A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.

28. Insulation of pipes and water lines under the second of two lavatories in men's restroom not provided as required.

> ADAAG 606 lavatories and sinks.
> ADAAG 606.5 Exposed Pipes and Surfaces.
> Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

29. Non-compliant door swing of door of toilet compartment in men's restroom.

30. Door of toilet compartment swings into the floor space of fixtures in men's restroom.

> ADAAG 603 Toilet and Bathing Rooms ADAAG 603.1 General.
> Toilet and bathing rooms shall comply with 603.
> ADAAG 603.2.3 Door Swing.
> Doors shall not swing into the clear floor space or clearance required for any fixture.

31. Non-compliant door lock at door of toilet compartment in men's restroom requires twisting of the wrist.

> ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.
> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1

and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

ADAAG 604.8.1.2 Doors.

Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

ADAAG 404.2.7 Door and Gate Hardware.

Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4

ADAAG 309.4 Operation.

Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist.  The force required to activate operable parts shall be 5 pounds maximum.

32. Inaccessible water closet in toilet compartment in men's restroom.

33. Required minimum clearance not provided at water closet in toilet compartment in men's restroom.

ADAAG 604 Water Closets and Toilet Compartments

ADAAG 604.3 Clearance.

Clearances around water closets and in toilet compartments shall comply with 604.3.

ADAAG 604.3.1 Size.

Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

34. Inaccessible coat hook in toilet compartment in men's restroom.

35. Non-compliant height of coat hook in toilet compartment in men's restroom exceeds maximum height allowance.

ADAAG 604 Water Closets and Toilet Compartments.

ADAAG 604.8.3 Coat Hooks and Shelves.

Coat hooks shall be located within one of the reach ranges specified in 308.

ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.

Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.

ADAAG 308.2.2 Obstructed High Reach.

Where a high forward reach is over an obstruction, the clear floor space shall

extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.

ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.

Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be

15 inches minimum above the finish floor or ground.

ADAAG 308.3.2 Obstructed High Reach.

Where a clear floor or ground space allows a parallel approach to an element and the high side  reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

36. Compliant signage identifying the women's restroom not provided as required.

ADAAG 216 Signs ADAAG 216.1 General.

Signs shall be provided in accordance with 216 and shall comply with 703.

ADAAG 216.2 Designations.

Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5.  Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with

703.2 and 703.5.

Advisory 216.2 Designations.

Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names.  Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space.

Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.

ADAAG 703.1 General.

Signs shall comply with 703.  Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

ADAAG 703.4.1 Height Above Finish Floor or Ground.

Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finish floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finish floor or ground surface, measured from the baseline of the highest tactile character.

ADAAG 703.4.2 Location.

Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side.  Where a tactile sign is provided at double doors with one

active leaf, the sign shall be located on the inactive leaf.  Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right hand door.  Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall.  Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45 degree open position.

37. The first of two lavatories in women's restroom is inaccessible.

38. Non-compliant height of the first of two lavatories in women's restroom exceeds maximum height allowance.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.1 General.
> Lavatories and sinks shall comply with 606.
> ADAAG 606.3 Height.
> Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

39. Required minimum knee toe clearance not provided at the first of two lavatories in women's restroom.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.2 Clear Floor Space.
> A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space,  the toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.

40. Insulation of pipes and water lines under the first of two lavatories in women's restroom not provided as required.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.5 Exposed Pipes and Surfaces.
> Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

41. The second of two lavatories in women's restroom is inaccessible.

42. Non-compliant height of the second of two lavatories in women's restroom exceeds maximum height allowance.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.1 General.
> Lavatories and sinks shall comply with 606.
> ADAAG 606.3 Height.
> Lavatories and sinks shall be installed with the front of the higher of the rim or counter surface 34 inches (865 mm) maximum above the finish floor or ground.

43. Required minimum toe clearance not provided at the second of two lavatories in
women's restroom.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.2 Clear Floor Space.
> A clear floor space complying with 305, positioned for a forward approach, and
> knee and toe clearance complying with 306 shall be provided.
> ADAAG 306.2 Toe Clearance.
> ADAAG 306.2.3 Minimum Required Depth.
> Where toe clearance is required at an element as part of a clear floor space,  the
> toe clearance shall extend 17 inches (430 mm) minimum under the element.
> ADAAG 306.2.5 Width.
> Toe clearance shall be 30 inches (760 mm) wide minimum.

44. Insulation of pipes and water lines under the second of two lavatories in women's
restroom not provided as required.
> ADAAG 606 Lavatories and Sinks.
> ADAAG 606.5 Exposed Pipes and Surfaces.
> Water supply and drain pipes under lavatories and sinks shall be insulated or
> otherwise configured to protect against contact. There shall be no sharp or
> abrasive surfaces under lavatories and sinks.

45. The first of two toilet compartments in women's restroom is inaccessible.

46. Required minimum clear width not provided at door of the first of two toilet
compartments in women's restroom.
> ADAAG 604 Water Closets and Toilet Compartments.
> ADAAG 604.8 Toilet Compartments.
> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1
> and 604.8.3. Compartments containing more than one plumbing fixture shall
> comply with 603.
> Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
> ADAAG 604.8.1.2 Doors.
> Toilet compartment doors, including door hardware, shall comply with 404 except
> that if the approach is to the latch side of the compartment door, clearance
> between the door side of the compartment and any obstruction shall be 42 inches
> (1065 mm) minimum.
> Doors shall be located in the front partition or in the side wall or partition farthest
> from the water closet. Where located in the front partition, the door opening shall
> be 4 inches (100 mm) maximum from the side wall or partition farthest from the
> water closet. Where located in the side wall or partition, the door opening shall be
> 4 inches (100 mm) maximum from the front partition. The door shall be self-
> closing. A door pull complying with 404.2.7 shall be placed on both sides of the
> door near the latch. Toilet compartment doors shall not swing into the minimum
> required compartment area.
>
> ADAAG 404.2.3 Clear Width.
> Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear
> openings of doorways with swinging doors shall be measured between the face of
> the door and the stop, with the door open 90 degrees.

47. Required minimum maneuvering clearance not provided at door of the first of two toilet compartments in women's restroom

    ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.

    Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.

    Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

    ADAAG 604.8.1.2 Doors.

    Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.

    Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

    ADAAG 404.2.4 Maneuvering Clearances.

    Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

48. Non-compliant door swing of door of the first of two toilet compartments in women's restroom.

49. Door of the first of two toilet compartments in women's restroom swings into the compartment.

    ADAAG 604 Water Closets and Toilet Compartments.

    ADAAG 604.8.1.2 Doors.

    Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.  Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet.  Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition.  The door shall be self-closing.  A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

50. Non-compliant door lock at door of the first of two toilet compartments in women's restroom requires twisting of the wrist

> ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.
>
> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
>
> Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
>
> ADAAG 604.8.1.2 Doors.
>
> Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.
>
> Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.
>
> ADAAG 404.2.7 Door and Gate Hardware.
>
> Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
>
> ADAAG 309.4 Operation.
>
> Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
>
> or twisting of the wrist.  The force required to activate operable parts shall be 5 pounds maximum.

51. Required minimum space not provided in the first of two toilet compartments in women's restroom.

> ADAAG 604 Water Closets and Toilet Compartments.
>
> ADAAG 604.8 Toilet Compartments.
>
> Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.  Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
>
> ADAAG 604.8.1.1 Size.
>
> Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

52. Inaccessible water closet in the first of two toilet compartments in women's restroom.
53. Required minimum clearance not provided at water closet in the first of two toilet compartments in women's restroom.
>    ADAAG 604 Water Closets and Toilet Compartments
>    ADAAG 604.3 Clearance.
>    Clearances around water closets and in toilet compartments shall comply with 604.3.
>    ADAAG 604.3.1 Size.
>    Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.
54. Required grab bars not provided on rear and side walls of water closet in the first of two toilet compartments in women's restroom.
>    ADAAG 604 Water Closets and Toilet Compartments
>    ADAAG 604.5 Grab Bars.
>    Grab bars for water closets shall comply with 609.
>    Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.
55. Inaccessible coat hook in the first of two toilet compartments in women's restroom.
56. Non-compliant height of coat hook in the first of two toilet compartments in women's restroom exceeds maximum height allowance.
>    ADAAG 604 Water Closets and Toilet Compartments.
>    ADAAG 604.8.3 Coat Hooks and Shelves.
>    Coat hooks shall be located within one of the reach ranges specified in 308.
>    ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.
>    Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
>    ADAAG 308.2.2 Obstructed High Reach.
>    Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
>    ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.
>    Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
>    15 inches minimum above the finish floor or ground.
>    ADAAG 308.3.2 Obstructed High Reach.
>    Where a clear floor or ground space allows a parallel approach to an element and the high side  reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum.  The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

57. Non-compliant door lock at door of the second of two toilet compartments in women's restroom requires twisting of the wrist

ADAAG 604 Water Closets and Toilet Compartments. ADAAG 604.8 Toilet Compartments.
Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.
Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
ADAAG 604.8.1.2 Doors.
Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.
Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

ADAAG 404.2.7 Door and Gate Hardware.
Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
ADAAG 309.4 Operation.
Operable parts shall be operable with one hand and shall not require tight grasping, pinching,
or twisting of the wrist.  The force required to activate operable parts shall be 5 pounds maximum.

58. Inaccessible water closet in the second of two toilet compartments in women's restroom.

59. Required minimum clearance not provided at water closet in the second of two toilet compartments in women's restroom.

ADAAG 604 Water Closets and Toilet Compartments
ADAAG 604.3 Clearance.
Clearances around water closets and in toilet compartments shall comply with 604.3.
ADAAG 604.3.1 Size.
Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

60. Inaccessible coat hook in the second of two toilet compartments in women's restroom.

61. Non-compliant height of coat hook in the second of two toilet compartments in women's restroom exceeds maximum height allowance.

ADAAG 604 Water Closets and Toilet Compartments.
ADAAG 604.8.3 Coat Hooks and Shelves.

Coat hooks shall be located within one of the reach ranges specified in 308.
ADAAG 308.2 Forward Reach. ADAAG 308.2.1 Unobstructed.
Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum and the low forward reach shall be 15 inches minimum above the finish floor or ground.
ADAAG 308.2.2 Obstructed High Reach.
Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum.  Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
ADAAG 308.3 Side Reach. ADAAG 308.3.1 Unobstructed.
Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum and the low side reach shall be
15 inches minimum above the finish floor or ground.
ADAAG 308.3.2 Obstructed High Reach.
Where a clear floor or ground space allows a parallel approach to an element and the high side  reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum.  Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

16.     The above listing is not to be considered all-inclusive of the barriers, conditions or violations encountered by Plaintiff and/or which exist at the Subject Property. Plaintiff requires an inspection of the Subject Property in order to determine all of the discriminatory acts violating the ADA.

17.     Plaintiff has attempted to gain access to the Subject Property, but because of his disability has been denied access to, and has been denied the benefits of services, programs, and activities of the Subject Property, and has otherwise been discriminated against and damaged by Defendants, because of the physical barriers, dangerous conditions and ADA violations set forth above, and expects to be discriminated against in the future, unless and until Defendants are compelled to remove the unlawful barriers and conditions and comply with the ADA.

18.     Plaintiff, in his capacity as a tester, will absolutely return to the Subject Property when Defendants modify the Subject Property or modifies the policies and practices to accommodate individuals who have physical disabilities to confirm said modifications have been completed in accordance with the requirements of the ADA

19.     The removal of the physical barriers, dangerous conditions and ADA violations set forth herein is readily achievable and can be accomplished and carried out without much difficulty or expense. 42 U.S.C. § 12182(B)(2)(A)(iv); 42 U.S.C. § 12181(9); 28 C.F.R, § 36.304.

20.     Plaintiff is without adequate remedy at law and is suffering irreparable harm, and reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendants are required to remove the physical barriers, dangerous conditions and ADA violations that exist at the Subject Property, including those set forth herein.

21.     The Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. The Plaintiff is entitled to have his reasonable attorney's fees, costs and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

22.     Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Subject Property to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, and closing the Subject Property until the requisite modifications are completed.

**WHEREFORE,** Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing is discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Subject Property to make it readily accessible  to and useable by individuals with disabilities to the extent required by the

ADA, closing the Subject Property until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs and litigation expenses incurred in this action.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein, Esq. (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq. (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
33 SE 4th St., Ste. 100
Boca Raton, Florida 33432
(561) 571-0646
WassenbergL@gmail.com